FILED IN OPEN COURT
ON 7/6/15
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-MJ-1717

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | ORDER TO UNSEAL COMPLAINT |
| | : | |
| LEETRELL MAURICE BASS | : | |

Upon motion of the United States of America, and for good cause shown, the sealed Criminal Complaint filed in the Eastern District of North Carolina on June 25, 2015, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 6th day of July, 2015.

*Robert T. Numbers*
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE